UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BEAVER-JACKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>OCWEN FED BANK, *et al.*,<br><br>            Defendants. | CASE NO. C07-0990RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY THE PROCEEDINGS |

This matter comes before the Court by way of a letter filed by *pro se* Plaintiff Elizabeth Beaver-Jackson ("Ms. Jackson") in the above-captioned case on March 10, 2008. (Dkt. #63). The letter, submitted by Ms. Jackson's physician, Christy Vath, PA-C ("Ms. Vath"), indicates that Ms. Jackson suffers from an autoimmune illness that causes impairments in her cognitive functions. (*Id.*). As a result, Ms. Vath requests that Ms. Jackson's court proceedings be suspended for six months. (*Id.*). The Court construes the letter filed by Ms. Jackson as a motion to stay the proceedings.

Having reviewed Plaintiff's letter, and the remainder of the record, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion To Stay the Proceedings (Dkt. #63) is DENIED. A party seeking to obtain a specific order from a court must do so by way of motion, which "shall be made in writing, shall state *with particularity* the grounds therefore, and shall set forth the relief or order sought." Fed. R. Civ. P. 7(b)(1) (emphasis added). Furthermore, the local

ORDER
PAGE - 1

rules of this Court require a moving party to make an "argument in support of the motion . . . as part of the motion itself." Local Rule CR 7(b)(1). The rule further provides:

> If the motion requires consideration of facts not appearing of record, the movant shall also file and serve copies of affidavits, declarations, photographic or other evidence presented in support of the motion. All motions shall include in the caption (immediately below the title of the motion) the date of the motion is to be noted for consideration upon the court's motion calendar.

*Id.*

Here, Ms. Jackson has not fulfilled any of her obligations under the Federal Rules of Civil Procedure or the Local Rules of this Court. Ms. Jackson has only submitted a letter from Ms. Vath, and has not made any arguments by way of motion, legal or otherwise, to support the relief she seeks. Under such circumstances, the Court cannot stay the proceedings. Nothing in the language of this Order prevents Ms. Jackson from filing a motion to stay in accordance with the Federal Rules of Civil Procedure and the local rules of this Court.

(2) The Court finds it worthwhile to remind Ms. Jackson that because the Court has not stayed the proceedings at this time, Ms. Jackson is not relieved from her obligations to respond to any pending motions filed by Defendants in this case, including a pending summary judgment motion filed by Defendants Standard Trustee and Standard Financial. (Dkt. #58). This motion is currently noted for April 25, 2008.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record and to Ms. Jackson at <u>3331 E. Marion Street, Seattle, WA 98122.</u>

DATED this 20th day of March, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE